JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RODTRAVION WOODS, ) Case No. CV 13-5524-JFW (OP)
) 
) JUDGMENT
Petitioner, )
v. )
)
GREG LEWIS, Warden, )
)
Respondent. )

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 25, 2014

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge